IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CURT R. THEGE,<br><br>        Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>        Defendant. | 4:20-CV-3014<br><br>JUDGMENT |

Pursuant to the jury's verdict, judgment is entered for the plaintiff, Curt R. Thege, and against the defendant, BNSF Railway Company, in the amount of $9,333,016.

Dated this 28th day of October, 2022.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge