IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CURT R. THEGE,<br><br>   Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>   Defendant. | 4:20-CV-3014<br><br>ORDER |

IT IS ORDERED:

1. The Request for Transcript (filing 196) is granted.

2. The Clerk's Office shall provide a copy of this order to the party requesting the transcripts.

3. The requestor shall be responsible for the cost of the transcripts.

4. The requestor is directed to contact the court reporter to arrange for payment.[1]

Dated this 1st day of November, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge

---

[1] The Court reporter, Lisa Grimminger, may be reached at (402) 437-1908 or Lisa_Grimminger@ned.uscourts.gov.